UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RODNEY LYNN MORELAND,

    Petitioner,

v.

JEFFREY UTTECHT,

    Respondent.

CASE NO. C12-5703 RJB-KLS

ORDER DENYING PETITIONER'S MOTION TO AMEND PETITION

Before the Court is Petitioner's motion to amend petition for writ of habeas corpus. ECF No. 18. Under separate Report and Recommendation, the Court is recommending dismissal of Mr. Moreland's habeas petition because it is barred by the one-year statute of limitations. 28 U.S.C. § 2244(d)(1). Therefore, his motion to amend is moot.

Accordingly, it is **ORDERED**:

(1) Petitioner's motion to amend (ECF No. 18) is **DENIED.**

(2) The Clerk shall send a copy of this Order to Petitioner and to counsel for Respondent.

**DATED** this _2nd_ day of January, 2013.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 1