UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RODNEY LYNN MORELAND,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY UTTECHT,<br><br>　　　　　　Respondent. | CASE NO. C12-5703 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE |

This matter comes before the court on the Report and Recommendation of the Magistrate Judge. Dkt. 26. The court has considered the relevant documents and the remainder of the file herein.

On January 2, 2013, U.S. Magistrate Judge Karen L. Strombom issued a Report and Recommendation, recommending that the petition for writ of habeas corpus be dismissed as barred by the limitations period set forth in 28 U.S.C. § 2244(d). Dkt. 26. The court concurs with the analysis of the Magistrate Judge. This petition for writ of habeas corpus should be dismissed with prejudice, pursuant to 28 U.S.C. § 2244(d). A Certificate of Appealability should be denied.

ORDER ADOPTING REPORT AND
RECOMMENDATION AND DISMISSING CASE-
1

1   Accordingly, it is hereby **ORDERED** that the Report and Recommendation of the
2   Magistrate Judge (Dkt. 26) is **ADOPTED.**  The petition for writ of habeas corpus is
3   **DISMISSED WITH PREJUDICE**, pursuant to 28 U.S.C. § 2244(d).  A Certificate of
4   Appealability is **DENIED**.
5   The Clerk is directed to send uncertified copies of this Order to all counsel of record and
6   to any party appearing *pro se* at said party's last known address.
7   Dated this 22nd day of January, 2013.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION AND DISMISSING CASE-
2